# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LINDA ARMSTRONG,** | |
| **Plaintiff,** | |
| v. | Case No. 2:21-cv-02258-KHV-TJJ |
| **ENNIS BUSINESS FORMS OF KANSAS, INC.,** | |
| **Defendant.** | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**COMES NOW** Plaintiff Linda Armstrong ("Plaintiff" or "Ms. Armstrong"), and pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv) and Local Rule 37.1 and moves for an Order compelling Defendant to produce documents responsive to Plaintiff's Second Requests for Production of Documents Nos. 28, 29, 31, 32, 33, 34 and 35. Attached hereto and incorporated herein is Counsel's Rule 37.2 Certification. The Memorandum in Support is being filed contemporaneously.

Dated: February 4, 2022        Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

/s/ Michael A. Williams
Michael A. Williams, KS Bar No. 19124
Courtney M. Stout, KS Bar No. 28447
1100 Main Street, Suite 2600
Kansas City, MO 64105
mwilliams@williamsdirks.com
(o) 816-945-7110
(f) 816-945-7118

**Attorneys for Plaintiff**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2022, the foregoing was filed with the Court's electronic CM/ECF system, which provided notice of the same to all counsel of record.

/s/ Michael A. Williams

Attorney for Plaintiff