**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LINDA ARMSTRONG,** | |
| **Plaintiff,** | |
| v. | Case No. 2:21-cv-02258-KHV-TJJ |
| **ENNIS BUSINESS FORMS OF KANSAS, INC.,** | |
| **Defendant.** | |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 37.2**

**COMES NOW** Plaintiff Linda Armstrong ("Plaintiff" or "Ms. Armstrong") and offers her Certificate of Compliance with Local Rule 37.2 regarding a discovery dispute that the parties could not resolve and states:

**COMPLIANCE WITH LOCAL RULE 37.2**

1. On or about December 13, 2021, Plaintiff served her Second Requests for Production of Documents on Defendant.

2. On or about January 12, 2022, Defendant served its objections and responses to Plaintiff's Second Requests for Production of Documents. (See Defendant's Responses & Objections to Plaintiff's Second Requests for Production of Documents, attached as **Ex. A** to Plaintiff's Memorandum in Support of Plaintiff's Motion to Compel Discovery).

3. Defendant did not produce a single document in response to Plaintiff's Second Requests for Production of Documents.

4. In compliance with Local Rule 37.2, Plaintiff's counsel made the following reasonable efforts to confer with defense counsel:

1

   a. On January 14, 2022, Plaintiff sent Defendant a Golden Rule letter outlining the deficiencies in Defendant's objections and responses. (See "Golden Rule" letter of January 14, 2022, attached as **Ex. B** to Plaintiff's Memorandum in Support of Plaintiff's Motion to Compel Discovery).

   b. On January 21, 2022, Defendant's counsel sent a letter in response to Plaintiff's Golden Rule letter. (See Defendant's Response to Plaintiff's Glden Rule letter, attached as **Ex. C** to Plaintiff's Memorandum in Support of Plaintiff's Motion to Compel Discovery).

   c. Counsel for the parties exchanged several emails in an attempt to resolve the discovery issues before holding a telephone conference.

   d. On January 25, 2022, Plaintiff's counsel and Defendant's counsel had a telephone conference regarding the issues raised in the Golden Rule letter. The parties conferred in good faith and made every effort to resolve the disputes. Despite the parties' best efforts, only one request was resolved during that conference.

5. Court intervention is necessary to resolve the discovery dispute regarding the seven of the requests for production.

Dated: February 4, 2022     Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

/s/ Michael A. Williams

**WILLIAMS DIRKS DAMERON LLC**

Michael A. Williams, KS Bar No. 19124
Courtney M. Stout, KS Bar No. 28447
1100 Main Street, Suite 2600
Kansas City, MO 64105

mwilliams@williamsdirks.com
(o) 816-945-7110
(f) 816-945-7118

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2022, the foregoing was filed with the Court's electronic CM/ECF system, which provided notice of the same to all counsel of record.

/s/ Michael A. Williams

Attorney for Plaintiff