```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF KANSAS


LINDA ARMSTRONG,
             Plaintiff,
v.                           Case No. 2:17-cv-02707-JWL-TJJ

ENNIS BUSINESS FORMS
OF KANSAS, INC.,
             Defendant.
```

        VIDEOTAPED DEPOSITION OF WITNESS, LINDA ARMSTRONG,

produced, sworn, and examined on November 30, 2021,

between the hours of 11:08 a.m. and 4:54 p.m. of that

day, at the offices of WILLIAMS DIRKS DAMERON, LLC,

1100 Main Street, Suite 2600, Kansas City, Missouri

64105, Missouri, before Liebe Stevenson, a Certified

Court Reporter within and for the State of Missouri and

David Lombardo, Videographer.

Liebe Stevenson, RDR, FCRR, MO-CCR #1340 KS-CCR #1671
              Heritage Reporting Service
                 111 West 10th Street
                 Kansas City, MO 64105

Case 2:21-cv-02258-KHV   Document 33-1   Filed 02/18/22   Page 2 of 4
Linda Armstrong-11/30/2021
Linda Armstrong vs. Ennis Business Forms of Kansas, et al.   EXHIBIT 1

```
 1   A.      Yes.
 2   Q.      And you've previously testified under oath,
 3   ma'am, that when you were laid off on April the 13,
 4   2020, you did not believe you had been discriminated at
 5   that time, correct?
 6   A.      Correct.
 7   Q.      Your claim, as I understand it, is you weren't
 8   recalled at the same job and at the same rate of pay,
 9   correct?
10   A.      Yes, because of my age.
11   Q.      And what makes you think it was because of your
12   age?
13   A.      Because the ones that were over 60 didn't get
14   recalled.
15   Q.      And we've gone through all of those names?
16   A.      Yes.
17   Q.      And can you speak to the particulars of why those
18   people did not receive a rehire offer?
19   A.      No, I -- I don't know.
20   Q.      Okay.  And in fact, as I recall, you don't know
21   if any of these people actually received rehire offers
22   at any point in time, correct?
23   A.      No, I don't know.
24   Q.      All right.  So if you turn to the -- there you
25   go, perfect.  And so this is -- the next page are the
```

Case 2:21-cv-02258-KHV   Document 33-1   Filed 02/18/22   Page 3 of 4
Linda Armstrong-11/30/2021
Linda Armstrong vs. Ennis Business Forms of Kansas, et al.   EXHIBIT 1

```
 1  you thought you were being recalled to Ennis Business
 2  Forms of Kansas, Inc.?
 3  A.      Because I --
 4               MS. STOUT:  Hold on a second.
 5  Objection.  Misstates prior testimony.
 6               You can answer now.
 7  A.      Because I thought that I was old enough to draw
 8  it and was going to get it started.  That's the reason
 9  I --
10  BY MS. YOCUM:
11  Q.      Well, you were, in effect, retiring, weren't you,
12  in May of 2020?
13               MS. STOUT:  Same objection.
14  A.      Well, no, it was just I was of age and I could
15  draw this Social Security.  And this way I got it
16  started.  No, I --
17  BY MS. YOCUM:
18  Q.      I'm sorry, go ahead.
19  A.      No, I didn't have intentions of retiring, but ...
20  Q.      Do you consider yourself retired today?
21  A.      Yeah.
22  Q.      And again, you received, you indicated, over
23  $200,000 from your pension from Defendant in this
24  business forms of Kansas, Inc., correct?
25  A.      Yes.
```

Case 2:21-cv-02258-KHV   Document 33-1   Filed 02/18/22   Page 4 of 4
Linda Armstrong-11/30/2021
Linda Armstrong vs. Ennis Business Forms of Kansas, et al.    EXHIBIT 1

1  Q.     So you're taking Social Security, you're on
2  Medicare, and you've cashed out your pension, correct?
3  A.     Yes, I invested my pension.
4  Q.     And you're not searching for any jobs?
5  A.     Yes.
6  Q.     That's a correct statement, right?
7  A.     Yes.
8  Q.     And you're not on any social media, as I
9  understand your responses to these requests?
10 A.     No.
11 Q.     No Facebook account?
12 A.     No.
13 Q.     No Twitter?
14 A.     No.
15 Q.     No Instagram?
16 A.     No.
17 Q.     And other than the wages you've been earning for
18 cleaning houses and babysitting, unemployment, Social
19 Security, and your pension, any other forms of payment
20 to you since you've been laid off --
21 A.     No.
22 Q.     -- in April of 2020?
23 A.     No.
24 Q.     Have you filed state and Federal income tax
25 returns --