# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LINDA ARMSTRONG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-02258-KHV |
| | ) |
| **ENNIS BUSINESS FORMS** | ) |
| **OF KANSAS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Ennis Business Forms of Kansas, Inc. ("Defendant"), by and through its attorneys and pursuant to Fed. R. Civ. P. 56 and D. Kan. Rule 56.1, moves for an Order granting summary judgment in its favor on Plaintiff's claims against it. As more fully described in Defendant's Memorandum in Support, filed simultaneously and incorporated herein by reference, there are no genuine issues of material fact for trial, and Defendant is entitled to judgment as a matter of law on all of Plaintiff's claims.

WHEREFORE, Defendant respectfully asks the Court to enter an order granting Defendant summary judgment, dismissing Plaintiff's Complaint with prejudice, and for any relief the Court deems just and proper.

Dated: June 30, 2022                    Respectfully submitted,

**LATHROP GPM LLP**
*/s/ Rebecca S. Yocum*
Jill Waldman, KS Bar No. 19634
Rebecca S. Yocum, KS Bar No. 14222
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
jill.waldman@lathropgpm.com
rebecca.yocum@lathropgpm.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 30, 2022, a copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF system.

>*/s/ Rebecca S. Yocum*
>An Attorney for Defendant